UNITED STATES DISTRICT COURT
FOR THE EASTERN DISCTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN CARPENTER                                                  Case No.

       Plaintiff,                                           Honorable_____

-v-

CITY OF FLINT, JACKIE POPLAR,
Individually and in her capacity as
City Council President and DAYNE
WALLING, Individually,

       Defendants,
_____/

F. Anthony Lubkin (P32740)                        Thomas L. Kent (P55863)
Attorney for Plaintiff                                    Attorney for Mayor Dayne Walling
4844 Apache Path                                       1101 S. Saginaw Street, 3rd Floor
Owosso, MI 48867                                       Flint, MI 48502
Phone: (248) 496-5222                                Phone: (810) 766-7146
                                                                     tkent@cityofflint.com
                                                                     Secondary email: nforystek@cityofflint.com

Peter M. Bade (P47546)                              Michael Gildner (P49732)
Attorney for Defendant City of Flint           Attorney for Jackie Poplar
1101 S. Saginaw Street, 3rd Floor            Simen, Figura and Parker, PLC
Flint, MI 48502                                           5206 Gateway Ctr., Suite 200
Phone: (810) 766-7146                              Flint, Michigan 48507
Pbade@cityofflint.com                              (810) 235-9000
Secondary email: nforystek@cityofflint.com   mgildner@sfplaw.com
_____/

## NOTICE OF REMOVAL TO THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF MICHIGAN, SOUTHERN DIVISION

**NOW COME** Defendants, City of Flint, Mayor Dayne Walling and Councilwoman Jackie Poplar, by and through their attorneys, who pursuant to 28 U.S.C §1441(b), requests that this action be removed from the Circuit Court for the County of Genesee, Michigan, to the

United States District Court for the Eastern District of Michigan, Southern Division, and in support thereof files the within notice of removal for the following reasons:

1. That Plaintiff has commenced an action against Defendants in the Circuit Court for the County of Genesee, Michigan entitled Carpenter –v- City of Flint, et al, bearing Case Number 11-95207, assigned to Circuit Judge Judge Richard Yuille (**Exhibit A**).

2. This is an action involving a federal question in that Plaintiff has alleged federal constitutional and statutory civil rights claims. (**Exhibit A, Counts II, V and VI**).

3. That, as such, this action is one over which the District Courts of the United States have been given original jurisdiction pursuant to 28 U.S.C. §1331.

4. That this action also involves state law claims which claims arise out of the same transaction or occurrence as Plaintiff's federal claims. (**Exhibit A, Counts I, III, IV, VII, VIII and IX**).

5. That Plaintiff's state law claims are related to his federal claims, over which this court has original jurisdiction, and arise from the same common nucleus of operative facts, and form part of the same case or controversy under federal law.

6. That, therefore, with respect to Plaintiff's state law claims, this action is one over which the District Courts of the United States have been given supplemental jurisdiction pursuant to 28 U.S.C. §1367(a).

7. That therefore, this is a civil action, which may be removed to this Court by Defendants pursuant to 28 U.S.C. §1441(a) and (b).

8. That this notice of removal is being filed within 30 days after the receipt by Defendants of Plaintiff's Complaint setting forth a claim for relief upon which action was based, and that the time for filing this notice of removal under the statutes of the United States, specifically 28 U.S.C. §1446(b), has not expired.

9. That Defendants will give written notice of the filing of this notice of removal to all adverse parties, and will file a copy of this notice of removal with the Circuit Court for the County of Genesee, as required by 28 U.S.C. §1446(d).

10. That filed with this Notice of Removal and made a part hereof are accurate and reliable copies of all process, pleadings, and orders served upon these Defendants thus far in this action.   a. Plaintiff's Summons & Complaint (Exhibit A)

b. Defendants' Notice of Filing of Notice of Removal (Exhibit B)

11. That Genesee County is contained within the Eastern District of Michigan, Southern Division, and therefore venue is proper pursuant to 28 U.S.C. §1391.

**WHEREFORE,** Defendants respectfully request that it may effect removal of this action from the Circuit Court for the County of Genesee, State of Michigan, to the United States District Court for the Eastern District of Michigan, Southern Division.

/s/Peter M. Bade
Peter M. Bade (P47546)
Attorney for Defendant City of Flint
1101 S. Saginaw Street, 3rd Floor
Flint, MI 48502
Phone: (810) 766-7146
pbade@cityofflint.com
Secondary email:
nforystek@cityofflint.com

/s/Thomas L. Kent
Thomas L. Kent (P55863)
City of Flint
Attorney for Defendant Walling
1101 S. Saginaw Street, 3rd Floor
Flint, MI 48502
(810) 766-7146
tkent@cityofflint.com

/s/ Michael Gildner
Michael Gildner (P49732)
Attorney for Jackie Poplar
Simen, Figura and Parker, PLC
5206 Gateway Ctr., Suite 200
Flint, Michigan 48507
(810) 235-9000
mgildner@sfplaw.com

3

## Certificate of Service

I hereby certify that on January 25, 2011, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system, which will send notification of such filing to the attorneys of record in this matter.

s/Nancy Forystek
**Senior Litigation Assistant**
1101 S. Saginaw Street, 3rd Floor
Phone: (810) 766-7146
E-mail: nforystek@cityofflint.com

S:\TLK\Active Litigation\Carpenter, John v City of Flint,et al\Notice of Removal.doc