UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN CARPENTER,

        Plaintiff,

v.

        Case No. 11-CV-10304

        HON. GEORGE CARAM STEEH

CITY OF FLINT, JACKIE POPLAR,
Individually and in her capacity
as City Council President, and
DAYNE WALLING, Individually,

        Defendants.
_____/

## JUDGMENT

The above entitled matter has come before the court, and in accordance with the court's order dismissing this case entered August 28, 2012,

IT IS ORDERED AND ADJUDGED that judgment hereby is GRANTED in favor of defendants.

        DAVID J. WEAVER
        CLERK OF THE COURT
        BY: s/Marcia Beauchemin
        DEPUTY COURT CLERK

Dated: August 29, 2012

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
August 29, 2012, by electronic and/or ordinary mail

s/Marcia Beauchemin
Deputy Clerk