**United States District Court for the _____**
**District of _____**

_____
_____
_____

**Plaintiff,**

vs.                                                                                     **CASE NO._____**

_____
_____
_____

**Defendant.**

# NOTICE OF APPEAL

Notice is hereby given that _____, hereby appeal
(here name all parties taking the appeal)
to the United States Court of Appeals for the Sixth Circuit from _____
(the final judgment) (from an
_____ entered in this action on the _____ day of
order (describing it))
_____, _____.

(s)_____
Address:_____
_____
_____

Attorney for _____

cc:  Opposing Counsel \_\_\_
     Court of Appeals \_\_\_

6CA-3
1/99