# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: July 25, 2013

Mr. Michael J. Gildner
Simen, Figura & Parker
5206 Gateway Center, Suite 200
Flint, MI 48507-0000

Mr. Thomas Larry Kent
City of Flint
Law Department
1101 S. Saginaw Street, Third Floor
Flint, MI 48502

Mr. Frederic Anthony Lubkin
4844 Apache Path
Owosso, MI 48867

          Re: Case No. 12-2240, *John Carpenter v. City of Flint, et al*
               Originating Case No. : 2:11-cv-10304

Dear Counsel,

   The court today announced its decision in the above-styled case.

   Enclosed is a copy of the court's opinion together with the judgment which has been entered in conformity with Rule 36, Federal Rules of Appellate Procedure.

                                          Yours very truly,

                                          Deborah S. Hunt, Clerk

                                          Cathryn Lovely
                                          Deputy Clerk

cc: Mr. David J. Weaver

Enclosures

Mandate to issue.

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

No. 12-2240

FILED
Jul 25, 2013
DEBORAH S. HUNT, Clerk

JOHN CARPENTER,

  Plaintiff - Appellant,

v.

CITY OF FLINT; JACKIE POPLAR; and
DAYNE WALLING,

  Defendants - Appellees.

Before: MOORE and GRIFFIN, Circuit Judges; SARGUS, District Judge.

## JUDGMENT

On Appeal from the United States District Court
for the Eastern District of Michigan at Detroit.

  THIS CAUSE was heard on the record from the district court and was submitted on the briefs without oral argument.

  IN CONSIDERATION WHEREOF, it is ORDERED that the judgment of the district court is REVERSED, and the case is REMANDED for further proceedings consistent with the opinion of this court.

**ENTERED BY ORDER OF THE COURT**

Deborah S. Hunt, Clerk